AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

V.

**KEVIN B. NOBLETTE**
**DOB: xx/xx/xxxx**

**CRIMINAL COMPLAINT**

**CASE NUMBER:**

**(Name and Address of Defendant)**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. From on or about **November 1, 2007** in _____ county, in the _____ District of **COLUMBIA** and elsewhere defendant did, (Track Statutory Language of Offense)

**knowingly transported in interstate commerce to the District of Columbia by means of a computer, child pornography as defined in 18 United States Code Section 2256(8).**

in violation of Title **18** United States Code, Section(s) **2252A(a)(1) and 2256**.

I further state that I am **DETECTIVE TIMOTHY PALCHAK**, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

**Continued on the attached sheet and made a part hereof:**   ☒ Yes   ☐ No

**Signature of Complainant**
**DETECTIVE TIMOTHY PALCHAK**
**METROPOLITAN POLICE DEPARTMENT**

**Sworn to before me and subscribed in my presence,**

_____ at ___**Washington, D.C.**___
**Date**                                **City and State**

_____    _____
**Name & Title of Judicial Officer**      **Signature of Judicial Officer**

**AFFIDAVIT**

On December 13, 2006, your affiant was working in an undercover capacity at a location in the District of Columbia posing as an adult pedophile. On that date I was monitoring a known picture chat room, Free6, where pedophiles have been known to hang out, seek children for sex, and trade child pornography. An individual using the screen name "lzyprt" posted a message that stated "any parents from USA have a 5-12yo daughter I could have sex with in exchange for money?" That same day I responded to that posted message in a covert screen name and stated that I had a ten year-old that I have been active with and that her mother is a cocaine user. The individual using the screen name "lzyprt" responded by stating "nice . . . . do u think u could hook me up." I then responded yes and provided my MSN contact information.

During the period December 13, 2006 through April 5, 2007, I had several on-line conversations with the individual who used the e-mail address "lzyprt2l@hotmail.com" and the screen name "Bob". During these conversations, we discussed an interest in having sex with children and arrangements for "Bob" to engage in sex with a fictitious ten year old girl in exchange for money. During the initial conversation, "Bob", later identified through the investigation described in this affidavit as KEVIN NOBLETTE, born on September 12, 1984, stated that his name was "Kevin" and that he was 22 years-old. In later conversations during this period, he indicated that he was a college student.

On November 1, 2007, I was again working in an undercover capacity in the District of Columbia, posing as an adult pedophile. I posted a message in the public access forum on a known child pornography site named Kido Network. The message stated that I was "active" and looking for anyone was also "active" and asked that anyone who wanted to chat to contact the covert screen name I was using on Yahoo! instant messaging. I know from my experience in

posing as a pedophile that "active" is understood to mean sexually active with children.

After posting the message, on the same day, I was contacted via instant messaging by an individual who utilized the e-mail address "lzyprt1@hotmail.com" and the screen name "Tim Snyder," who initiated a conversation by instant messaging.  During conversations with this individual he described himself as a 23 year-old male college student who was attending Radford University in the Fall of 2007 and Spring of 2008, and graduated in May 2008.  The individual, later identified as KEVIN NOBLETTE, said he was from South-West Virginia but his family lives close to Northern Virginia.   He  sent by photo share a photograph of himself wearing a Radford University shirt.

In on-line conversations that I had with NOBLETTE during the period November 1, 2007 through May 6, 2008, he forwarded to me in the District of Columbia, the following images: (1) a prepubescent child lying on a bed nude with her legs spread open exposing her vagina; (2) a prepubescent child lying on a bed being digitally penetrated by an adult male finger; and (3)  to a prepubescent female nude on all fours exposing her anus and vagina next to an adult female in the same position wearing panties. In the on-line conversations during this same time period, NOBLETTE acknowledged that we had chatted on-line previously when he used the screen name "Bob".  He stated that he has an extensive collection of child pornography in the form of movies and dvds.

In an on-line conversation, using the name "Bob", NOBLETTE provided a cellular telephone number, (xxx)xxx-xxxx, as his telephone number.  Information provided by Verizon pursuant to a subpoena indicates that the subscriber to the cellular telephone number (xxx) xxx-xxxx is Jean Noblette, xxx Reservoir Avenue, Luray, Virginia  22835.

A search of the student web directory for Radford University in March 2008, listed Kevin Boyd Noblette as a student with a local email address of knoblette@radford.edu and a home telephone number of (xxx) xxx-xxxx.  The telephone number (xxx) xxx-xxxx is subscribed to by Jean C. and  Michael W. Noblette, xxx Reservoir Avenue, Luray, Virginia  22835.

Investigation revealed that an Internet Protocol address (IP address) used by Lzyprt1@yahoo.com /"Tim Snyder" in an on-line conversation with me on May 6, 2008, resolved to Kevin Noblette, xxx Copper Beach Drive, Apt. A, Radford, Virginia, telephone (xxx) xxx-xxxx.

A check of Virginia Department of Motor Vehicles ("DMV") records indicates that a Dodge truck registered to Kevin Boyd Noblette, xxx Reservoir Avenue, Luray, Virginia, registration expiring in April 2008, was issued vanity license plates "LZYPRT".  I have viewed the Virginia DMV photograph of Kevin Boyd Noblette and recognize the individual in that photograph as the same person depicted in the image sent to me via the Internet November 1, 2007, by the person using the e-mail address "Lzyprt1@yahoo.com".


_____
Detective Timothy R. Palchak
Metropolitan Police Department


Sworn and subscribed to before me this _____ day of June, 2008,


_____
JOHN M. FACCIOLA
United States Magistrate Judge