AO 442 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Fid# 1534664

UNITED STATES OF AMERICA
V.

Kevin B. Noblette
DOB:

**WARRANT FOR ARREST**

CASE NUMBER: 08-413-M-01

To: The United States Marshal
and any Authorized United States Officer

**FILED**

YOU ARE HEREBY COMMANDED to arrest __KEVIN BOYD NOBLETTE__
                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

JUL 18 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

knowingly transported in interstate commerce to the District of Columbia by means of a computer, child pornography as defined in Title 18 United States Code Section 2256(8).

RECEIVED WARRANT SECTION 2008 JUN 31 PM 12:

in violation of Title __18__ United States Code, Section(s) __2252A(a)(1) and 2256(8)__ .

JOHN M. FACCIOLA / Deborah A. Robinson
U.S. MAGISTRATE JUDGE / United States Magistrate Judge
Name of Issuing Officer                Title of Issuing Officer

_[signature]_                          JUN 30 2008         District of Columbia
Signature of Issuing Officer           Date and Location

Bail fixed at $ __HOLD__   by __[signature]__
                                Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED  18 July 08 | NAME AND TITLE OF ~~ARRESTING~~ OFFICER  *Reporting* | SIGNATURE OF ~~ARRESTING~~ OFFICER  *Reporting* |
| DATE OF ARREST  7/15/08 | DUSM Robert C. Davis | _[signature]_ Robert C. Davis |