AO 94 (Rev 8/97) Commitment to Another District

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
JUL 07 2008
JOHN F. CORCORAN, CLERK
BY: DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## Western District of Virginia

UNITED STATES OF AMERICA
v.
Kevin B. Noblette

COMMITMENT TO ANOTHER DISTRICT

08-413M

FILED
JUL 23 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | 08-412-M-01 | 7:08MJ312-001 | |

CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Other (specify) _____

charging a violation of ___18___ U.S.C. § 2252A(a)(1) & 2256

**DISTRICT OF OFFENSE**
DC

**DESCRIPTION OF CHARGES:**
Knowingly transported in interstate commerce to the District of Columbia by means of a computer, child pornography as defined in 18 USC 2256(8).

**CURRENT BOND STATUS:**
☐ Bail Fixed at _____ and conditions were not met
☒ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify) _____

Representation:  ☐ Retained Own Counsel    ☒ Federal Defender Organization    ☐ CJA Attorney    ☐ None

Interpreter Required?    ☒ No    ☐ Yes    Language: _____

**DISTRICT OF**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

_____7/3/08_____    _____[signature]_____
Date                      United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

CLERK'S OFFICE U.S DIST. COURT
AT ROANOKE VA
FILED

JUL 0 3 2008

JOHN F CORCORAN, CLERK
BY: PHill
DEPUTY CLERK

UNITED STATES OF AMERICA

v

KEVIN B. NOBLETTE
DOB: ███ 1984

## CRIMINAL COMPLAINT

7084312-001

CASE NUMBER: 08-412-M-01

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. From on or about **November 1, 2007** in _____ county, in the _____ District of **COLUMBIA** and elsewhere defendant did, (Track Statutory Language of Offense)

**knowingly transported in interstate commerce to the District of Columbia by means of a computer, child pornography as defined in 18 United States Code Section 2256(8).**

in violation of Title __18__ United States Code, Section(s) __2252A(a)(1) and 2256__.

I further state that I am __DETECTIVE TIMOTHY PALCHAK__, and that this complaint is based on the following facts:

SEE ATTACHED STATEMENT OF FACTS

Continued on the attached sheet and made a part hereof:  ☒ Yes  ☐ No

Signature of Complainant
DETECTIVE TIMOTHY PALCHAK
METROPOLITAN POLICE DEPARTMENT

Sworn to before me and subscribed in my presence,

JUN 3 0 2008
Date _____ at Washington, D.C.
                               City and State

JOHN M. FACCIOLA Deborah A. Robinson
U.S. MAGISTRATE JUDGE United States Magistrate Judge
Name & Title of Judicial Officer     Signature of Judicial Officer

# AFFIDAVIT

08-412-M-01

On December 13, 2006, your affiant was working in an undercover capacity at a location in the District of Columbia posing as an adult pedophile. On that date I was monitoring a known picture chat room ████, where pedophiles have been known to hang out, seek children for sex, and trade child pornography. An individual using the screen name "lzyprt" posted a message that stated "any parents from USA have a 5-12yo daughter I could have sex with in exchange for money?" That same day I responded to that posted message in a covert screen name and stated that I had a ten year-old that I have been active with and that her mother is a cocaine user. The individual using the screen name "lzyprt" responded by stating "nice . . . . do u think u could hook me up." I then responded yes and provided my MSN contact information.

During the period December 13, 2006 through April 5, 2007, I had several on-line conversations with the individual who used the e-mail address "████████com" and the screen name "Bob". During these conversations, we discussed an interest in having sex with children and arrangements for "Bob" to engage in sex with a fictitious ten year old girl in exchange for money. During the initial conversation, "Bob", later identified through the investigation described in this affidavit as KEVIN NOBLETTE, born on ████████ 1984, stated that his name was "Kevin" and that he was 22 years-old. In later conversations during this period, he indicated that he was a college student.

On November 1, 2007, I was again working in an undercover capacity in the District of Columbia, posing as an adult pedophile. I posted a message in the public access forum on a known child pornography site named ████████rk. The message stated that I was "active" and looking for anyone was also "active" and asked that anyone who wanted to chat to contact the covert screen name I was using on Yahoo! instant messaging. I know from my experience in

posing as a pedophile that "active" is understood to mean sexually active with children.

After posting the message, on the same day, I was contacted via instant messaging by an individual who utilized the e-mail address "████████████om" and the screen name "Tim Snyder," who initiated a conversation by instant messaging. During conversations with this individual he described himself as a 23 year-old male college student who was attending Radford University in the Fall of 2007 and Spring of 2008, and graduated in May 2008. The individual, later identified as KEVIN NOBLETTE, said he was from South-West Virginia but his family lives close to Northern Virginia. He sent by photo share a photograph of himself wearing a Radford University shirt.

In on-line conversations that I had with NOBLETTE during the period November 1, 2007 through May 6, 2008, he forwarded to me in the District of Columbia, the following images: (1) a prepubescent child lying on a bed nude with her legs spread open exposing her vagina; (2) a prepubescent child lying on a bed being digitally penetrated by an adult male finger; and (3) to a prepubescent female nude on all fours exposing her anus and vagina next to an adult female in the same position wearing panties. In the on-line conversations during this same time period, NOBLETTE acknowledged that we had chatted on-line previously when he used the screen name "Bob". He stated that he has an extensive collection of child pornography in the form of movies and dvds.

In an on-line conversation, using the name "Bob", NOBLETTE provided a cellular telephone number, (540)████████ as his telephone number. Information provided by Verizon pursuant to a subpoena indicates that the subscriber to the cellular telephone number (540)████ 1████████████████████████████ Virginia 22835.

2

A search of the student web directory for Radford University in March 2008, listed Kevin Boyd Noblette as a student with a local email address of ███████ and a home telephone number of (540)███████. The telephone number (540)███████ subscribed to by ███████, Virginia 22835.

Investigation revealed that an Internet Protocol address (IP address) used by ███████m /"Tim Snyder" in an on-line conversation with me on May 6, 2008, resolved to Kevin Noblette, ███████.

A check of Virginia Department of Motor Vehicles ("DMV") records indicates that a Dodge truck registered to Kevin Boyd Noblette, ███████ Virginia, registration expiring in April 2008, was issued vanity license plates ███████. I have viewed the Virginia DMV photograph of Kevin Boyd Noblette and recognize the individual in that photograph as the same person depicted in the image sent to me via the Internet November 1, 2007, by the person using the e-mail address ███████com".

*[signature]*
Detective Timothy R. Palchak
Metropolitan Police Department

JUN 3 0 2008

Sworn and subscribed to before me this _____ day of June, 2008,

*[signature]*
~~JOHN M. FACCIOLA~~ Deborah A. Robinson
~~United States Magistrate Judge~~ United States Magistrate Judge

3

CLOSED

# U.S. District Court
# Western District of Virginia (Roanoke)
# CRIMINAL DOCKET FOR CASE #: 7:08-mj-00312-mfu All Defendants

Case title: USA v. Noblette

Date Filed: 07/03/2008
Date Terminated: 07/07/2008

Assigned to: Magistrate Judge Michael F. Urbanski

**Defendant (1)**

**Kevin B. Noblette**
*TERMINATED: 07/07/2008*

represented by **Fay Frances Spence**
FEDERAL PUBLIC DEFENDER'S OFFICE- WDVA
SUITE 400
210 FIRST STREET, SW
ROANOKE, VA 24011
540-777-0880
Fax: 777-0890
Email: fay_spence@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**
None

**Disposition**

**Highest Offense Level (Opening)**
None

**Terminated Counts**
None

**Disposition**

**Highest Offense Level
(Terminated)**

None

**Complaints**                                                              **Disposition**

None

**Plaintiff**

USA                                       represented by   **Thomas L. Eckert**
                                                           UNITED STATES ATTORNEYS
                                                           OFFICE
                                                           PO BOX 1709
                                                           ROANOKE, VA 24008-1709
                                                           540-857-2761
                                                           Fax: 540-857-2283
                                                           Email: thomas.eckert@usdoj.gov
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/03/2008 | 1 | Charging Documents from DC - Rule 5(c)(3) as to Kevin B. Noblette (rkm) |
| 07/03/2008 | 2 | Sealed Document (Unredacted Doc. 1 ). (rkm) |
| 07/03/2008 | 3 | Minute Entry for proceedings held before Magistrate Judge Michael F. Urbanski:Detention Hearing as to Kevin B. Noblette held on 7/3/2008, Initial Appearance Rule 5(c)(3) Complaint/Indictment - Other District as to Kevin B. Noblette held on 7/3/2008. Deft. remanded. (CD #1.) (rkm) |
| 07/03/2008 |   | Arrest - 5(c)(3) of Kevin B. Noblette (rkm) |
| 07/03/2008 | 4 | CJA 23 Financial Affidavit by Kevin B. Noblette (rkm) |
| 07/03/2008 | 5 | Arrest Warrant Returned Executed on 7/2/08 in case as to Kevin B. Noblette. (rkm) |
| 07/07/2008 | 6 | COMMITMENT TO ANOTHER DISTRICT as to Kevin B. Noblette. Defendant committed to District of USDC District of Columbia.. Signed by Magistrate Judge Michael F. Urbanski on |

|            |   |                                                                                                                                |
|------------|---|--------------------------------------------------------------------------------------------------------------------------------|
|            |   | 7/3/08. (mka)                                                                                                                  |
| 07/07/2008 | 7 | Email with instructions sent to USDC District of Columbia as to Kevin B. Noblette: case committed to that district. (mka)      |

| PACER Service Center |||||
|---|---|---|---|---|
| Transaction Receipt |||||
| 07/23/2008 10:35:21 |||||
| PACER Login: | us3871 | Client Code: | | |
| Description: | Docket Report | Search Criteria: | 7:08-mj-00312-mfu | |
| Billable Pages: | 1 | Cost: | 0.08 | |