U.S. Department of Justice
U.S. Attorneys

# United States District Court for the District of Columbia

**FILED**
JUL 18 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA      :

V.      :      Case No. 08-413-M-01

KEVIN B. NOBLETTE      :

:

## ORDER

1. Upon a representation by the United States that the defendant has never been subject of "routine processing" (booking, fingerprinting, photographing) in this case:

2. It is the ___18th___ day of ___JULY, 2008___ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on by _____ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to _____ _____ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshall shall release the defendant to the custody of ___Detective Jonathan Andrews (MPD)___ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal. On July 23, 2008 at 9:00am

_____
Judge (U.S. Magistrate)

DOJ USA-16-80

DEFENSE COUNSEL