AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

**FILED**
JUL 2 3 2008
Clerk, U.S. District and Bankruptcy Courts

DISTRICT OF __WASH. DC.__

UNITED STATES OF AMERICA

v.

Kevin Noblette

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 08-413

I, __KEVIN NOBLETTE__, charged in a (complaint) (~~petition~~)

pending in this District with __TRANSPORTATION OF CHILD PORNOGRAPHY__

in violation of Title __18__, U.S.C., __2252A(a)(1)__,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (~~examination~~) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_____
Defendant

_____
Counsel for Defendant

7.23.08
Date